Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| ROBERT WARDEN,<br>    Plaintiff,<br><br>    vs.<br><br><br>UNITED STATES POSTAL SERVICE<br>    Defendant. | NO. 07-5332 RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION<br>FOR CHANGE OF VENUE |

    Good Cause having been shown upon Plaintiff's motion, and pursuant to 28 U.S.C. §1404(a), it is hereby

    ORDERED that the Plaintiff's motion for change of venue is GRANTED. Accordingly, the above-captioned civil action is hereby transferred to the District of Oregon.

    DATED this 15th day of October, 2007.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE