**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

1717 Pacific Ave., Rm. 3100
Tacoma, WA 98402

October 16, 2007

US DISTRICT COURT
1000 SW THIRD AVE
PORTLAND OR 97204

CV'07 - 1569    PK

RE:    Warden vs. US Postal Service, C07-5332RBL

Dear Clerk:

Pursuant to the order transferring the above captioned case to your Court, enclosed are:

1. Certified copy of docket entries;

2. Certified copy of transfer order; and

3. Original case file documents.

Please acknowledge receipt of the above documents by returning the copy of this letter.

Very truly yours,

BRUCE RIFKIN, CLERK

By: _____s/Caroline M. Gonzalez_____
Deputy Clerk

Enclosures

cc:    counsel of record
       file

07-CV-05332-RCPT